AO 91 (Rev. 11/11) Criminal Complaint

AUSA Geraghty

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

|  |  |
|---|---|
| United States of America<br>v.<br><br>Ronald J JOHNSON | )<br>)<br>)  Case No.  2:21·mJ- 13<br>)<br>)<br>)<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 17, 2020 _____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Knowingly possess a firearm after a conviction for a misdemeanor crime of domestic violence. |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence. by video

Date:  1-14-21

_____
*Judge's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
US Magistrate Judge

City and state: _____ Columbus Ohio _____

*Printed name and title*



**PROBABLE CAUSE AFFIDAVIT**
**Ronald J JOHNSON**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about November 21, 2013 Ronald J JOHNSON (hereinafter JOHNSON) was sentenced for one count of Domestic Violence, a misdemeanor. Criminal Case Number 2013CRB028079, in the Franklin County, Ohio Municipal Court.

3. On or about October 17, 2020 uniformed Columbus Division of Police (CPD) officers were dispatched to the area of Cleveland Ave and Myrtle Ave. Officers were told that a black male with dreads driving a gold Kia was trying to run people over.

4. Once in the area officers observed a vehicle matching the description. Officers initiated a traffic stop on a tan / gold Kia near the intersection of Linden Ave. and Mrytle Ave. in Columbus Ohio. Officers made contact with the driver who was later identified as JOHNSON. JOHNSON matched the description given by the caller. JOHNSON stated he did not have a valid license. The vehicle then fled the traffic stop at a high rate of speed.

5. A call was received at the Columbus Police Dispatch Center. A caller reported that a vehicle had been driven through their gate at 1384 E 23 Ave. The caller gave a description matching the driver of the Kia that had fled the traffic stop. The caller stated the driver had left the scene on foot towards Cleveland Ave. Officers responded to 1384 E 23. Ave. Officers observed a gold / tan Kia bearing Ohio tag JAB3804.

6. Responding CPD officers in the area located JOHNSON at a Sunco Gas Station located at 1905 Cleveland Ave. Officers observed JOHNSON standing near a Chevrolet Malibu speaking with the driver of the vehicle. JOHNSON approached the officers and was detained. Officers then went to where they observed JOHNSON standing next to the Malibu and found a loaded Taurus Millennium G2 9mm pistol serial TJR62470 on the ground.

7. Officers viewed surveillance video from the gas station and observe JOHNSON standing near the driver's side door of the Malibu. JOHNSON walks to the front passenger side of the Malibu takes a firearm from his waistband and places the firearm on the ground in front of the Chevrolet Malibu's tire.

8. JOHNSON was arrested and taken to CPD headquarters for processing. After being read his rights JOHNSON agreed to speak with a detective. JOHNSON stated that he wrecked his vehicle. JOHNSON stated that he had a gun for protection and threw the gun down when he saw police arrive.

**PROBABLE CAUSE AFFIDAVIT**
**Ronald J JOHNSON**

9. It was determined that the Taurus model PT111 G2 9mm pistol bearing serial number TJR62470 seized on or about October 17, 2020 was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

10. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

11. Based on this information, your affiant believes probable cause exists that JOHNSON possessed a firearm after having been convicted of a domestic violence, in violation of 18 U.S.C. 922(g)(9).

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of _JANUARY 14_ _2021_, at _11:20 am_ Columbus, Ohio.

U.S. MAGISTRATE JUDGE